■ In the Matter of TNT PETROLEUM, INC., Respondent, v SEA PETROLEUM, INC., et al., Appellants. [783 NYS2d 821]—

In a proceeding to enforce a money judgment, the appeal is from an order of the Supreme Court, Nassau County (Martin, J.), entered October 16, 2003, which denied the appellants' motion to change the venue of the proceeding to Suffolk County.

Ordered that the order is affirmed, with costs.

Contrary to the appellants' contention, the Supreme Court properly denied their motion to change the venue of the proceeding to Suffolk County. The appellants submitted the motion after the Supreme Court held them in default and granted the respondent the relief it had requested. Accordingly, the motion was untimely and the appellants waived any defect in venue (*see Cornell Fed. Credit Union v Thorpe,* 199 AD2d 936, 937 [1993]; *Silbert v Silbert,* 25 AD2d 570 [1966]). Ritter, J.P., Goldstein, Adams and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTY ADAMSON, Appellant. [783 NYS2d 848]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 29, 1999 (*People v Adamson,* 259 AD2d 756 [1999]), affirming a judgment of the County Court, Nassau County, rendered June 24, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Santucci and Florio, JJ., concur.